

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00434-CV

**IN THE INTEREST OF N.A.T, D.T., S. T., B.L.W., CHILDREN,**

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-08-0730-CVA
Honorable Bob Brendel, Judge Presiding

## O R D E R

The child's attorney and guardian ad litem has filed a motion seeking access to the appellate record, portions of which have been sealed. The motion is **GRANTED**. The clerk of the court is instructed to provide a copy of the appellate record to the child's attorney and guardian ad litem on CD-ROM. The child's attorney and guardian ad litem is **ORDERED** not to share the contents of the sealed record with any person except to the extent necessary to prepare her appellate brief.

In the event the child's attorney and guardian ad litem references the sealed record in her brief, she is **ORDERED** to (1) file the brief in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court